UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDER NASCIMENTO DA ENCARNACAO,<br><br>          Plaintiff,<br><br>     v.<br><br>ANNA BERYOZKINA,<br><br>          Defendant. | Case No.  16-cv-02522-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on September 1, 2016. However, given the nature of this action, it is unnecessary to hold such a conference at this time; accordingly, the Case Management Conference and all related deadlines are VACATED. The parties are directed to refer to the Immigration Mandamus Case Procedural Order, Dkt. No. 3, for further proceedings.

**IT IS SO ORDERED.**

Dated: August 8, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge