UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDER NASCIMENTO DA ENCARNACAO,<br><br>    Plaintiff,<br><br>    v.<br><br>ANNA BERYOZKINA,<br><br>    Defendant. | Case No. 16-cv-04707-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On August 16, 2016, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Magistrate Judge Maria-Elena James to determine whether it is related to *Da Encarnacao v. Beryozkina*, 3:16-cv-02522-MEJ.

**IT IS SO ORDERED.**

Dated: September 1, 2016

_____
Donna M. Ryu
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDER NASCIMENTO DA ENCARNACAO,<br><br>  Plaintiff,<br><br>  v.<br><br>ANNA BERYOZKINA,<br><br>  Defendant. | Case No.  4:16-cv-04707-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eder Nascimento Da Encarnacao
227 Harrison Avenue #2
Redwood City, CA 94062


Dated: September 2, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU